538

(No. 75-CC-888— .

HIRES TRUCKING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed April 28, 1975.*

HIRES TRUCKING COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-895— 

SEMINAR PRESS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 28, 1975.*

SEMINAR PRESS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.